**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-6168

KEVIN LEE GREGORY,

Petitioner - Appellant,

v.

COMMONWEALTH OF VIRGINIA; ROY CHEATAM, Warden,

Respondents - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Robert John Krask, Magistrate Judge. (2:23-cv-00447-AWA-RJK)

Submitted: May 30, 2024                                    Decided: June 4, 2024

Before GREGORY and HARRIS, Circuit Judges, and MOTZ, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Kevin Lee Gregory, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Lee Gregory seeks to appeal the magistrate judge's order directing Respondents to file an answer to Gregory's 28 U.S.C. § 2241 petition and ordering that the Commonwealth of Virginia be added as a Respondent. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Gregory seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*